

## Certificate of Translation

### Yadab Prasad Bastola
Translator/Interpreter

Translated documents.

1. Personal statement of Pyarjung KC (A-249-139-019) & copy of Nepali citizenship certificate
2. Birth Certificate of Pyarjung KC
3. Statement of Nar Singh Khatri & copy of Nepali citizenship certificate
4. Statement of Os Bahadur Khatri & copy of Nepali citizenship certificate
5. Statement of Karna Bahadur Khatri & copy of Nepali citizenship certificate
6. Statement of Narmada Paudel & copy of Nepali citizenship certificate
7. Membership Certificate of Nepali Congress Party
8. Letter of Nepali Congress Party
9. Letter of CPN Maoist
10. Letter of Ward Office
11. Medical document from Parbartan Health Post of Pyarjung KC
12. Medical document from Rolpa Hospital of Pyarjung KC

As a translator for Scholars Abroad LLC., I, Yadab Prasad Bastola, declare that I am a bilingual translator who is thoroughly familiar with the English, Nepali and Hindi languages. I have translated the attached document to the best of my knowledge from original source of language (Nepali/ Hindi/English) and the translated text is an accurate and true translation of the original document presented to the best of my knowledge and belief.

**Yadab Prasad Bastola**
**Professional Translator for Scholars Abroad LLC.**
Address: 37-51,75th St Jackson Heights, New York 11372
Phone No.: 571-216-5181 E-mail: yadabbastola@yahoo.com
*The translated copy required to be accompanied by its true original source document (Nepali/English/Hindi) copy.*

---

**Business Disclaimer**: Your certified translation has been completed and certified by the translator. Please review your translation and let us know if you want to change or correct anything that is different in translation than the original text. You can call us at any time concerning your translation and we will be happy to attend to you. If you request an edit on the translation after the additional services have already been completed, we will gladly update your translation and re-send you the updated electronic version but will not refund or redo the additional services. If you need the additional services redone, you will need to order them again at full price. Please make sure to check your electronic translation closely so that any necessary edits can be completed before we proceed with the additional services.

---

**CONFIDENTIALITY NOTICE**: The attached documents are the translation from the original text in Nepali or English provided to us by the clients. In case of a discrepancy, the original documents on Nepali/English/Hindi language will prevail. This certificate (including the attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution, edit or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.

Exh. 4 - Adm.

**Personal Statement of Pyarjung KC (A-249-139-019) in support of I-589 Application for asylum and to withhold removal**

**Reason for seeking political asylum**

I, Pyarjung KC, would like to present the following details, taking oath for truthfulness.

I, Pyarjung KC, am a Nepali citizen. While in Nepal, I had joined Nepali Congress Party and was helping and supporting Nepali Congress Party. Due to this, the cadres of Communist Party of Nepal Maoist attacked me with the intent to kill me. Since I disagreed with Maoist conflict and their ideology, the cadres of Communist Party of Nepal Maoist threatened to kill me. Therefore, I was compelled to flee Nepal for the safety of my life. Currently, I have reached the USA, a country with human rights, after fleeing Nepal. If I return to Nepal from here then the cadres of Communist Party of Nepal Maoist will certainly kill me. Therefore, through this application, I request the US government to grant me political asylum.

Introduction:

Name: Pyarjung KC

Date of Birth: March 05, 1999 (BS 2055/11/21)

Place of Birth: Paribartan – 4, Rolpa, Nepal

Father's name: Nar Singh Khatri

Mother's Name: Parbati Khatri

EOIR – 5 of 102

Exh. 4 – Adm.

## Membership of Nepali Congress Party

I participated in a new membership distribution program of Nepali Congress Party in our village on March 15, 2019 (BS 2075/12/01) and obtained membership of the party that day.

My family has already been helping and supporting Nepali Congress Party. My father too is a general member of Nepali Congress Party. Nepali Congress Party is a democratic party. Nepali Congress Party carried out various development works in the village. After I became a member of Nepali Congress Party, I planned every program of Nepali Congress Party in the village, helped the youths of the village to join Nepali Congress Party, arranged chairs in the programs organized by Nepali Congress Party, arrange tea and snacks for the cadres attending the programs etc. Seeing me doing good job for Nepali Congress Party and opposing the Communist Party of Nepal Maoist, the Maoists asked me to obtain membership of their party. I did not agree to their demands, because of which the Maoist cadres gave me death threat.

## Incident 1

I attended a program of Nepali Congress Party on March 07, 2024 (BS 2080/11/24) and when I was returning home from the program, 4 persons, who were wearing t-shirts with YCL printed on them and carrying sticks and knives, blocked my way and caught me. They asked me why I did not join Maoist party. And then they verbally abused me and started beating me. They beat me for 4 minutes with sticks, punches and kicks because of which I faithed. They thought I was dead and they abandoned me at that place while I was bleeding and unconscious.

## Treatment in hospital

The people returning that day found me in bleeding and unconscious condition. Thereafter, they immediately called an ambulance and took me to hospital. When I regained consciousness, I was on hospital bed. There was a cut wound on my head. My hands and legs were swollen. I had injuries all over body. My whole body was swollen. I had to stay in the hospital for 3 days for treatment and then I returned home.

## Police Complaint

I and my father went to police to file complaint on March 12, 2024 (BS 2080/11/29). But the police said they could not accept complaint against Maoist Party and turned us away.

## Incident 2

Exh. 4 - Adm.

I was in my room on April 01, 2024 (BS 2080/12/19). Suddenly my phone rang. I picked up the call and got the news that my aunt was sick. I was asked to immediately come. I left my house in hurry to see my aunt. On the way, 5 Maoist cadres stopped and caught me and started attacking me. The Maoists said that they had attacked me earlier and left me thinking I was dead. They said I had survived and now they would kill me anyhow. They then started kicking and punching me. They said I did not agree to their demands despite their multiple requests and was still supporting Nepali Congress Party while opposing their Maoist Party. Thus, they continued beating me for about 4 minutes, after which I passed out. The Maoists left me in bleeding and unconscious condition.

### Treatment in hospital

I regained consciousness only after I was taken to hospital. I had wounds all over my body, a cut wound on my head, injuries on my back and ear, and my sensitive organ was hurt. I had to stay 7 days in the hospital for treatment. I was discharged as per the advice of doctor after I had recovered a bit.

I returned home after discharge from hospital. I was scared to go to police because the Maoists had found out that I had gone to police. It felt like the police and Maoists were in collusion. I fled straight to Chitwan where I started living in the house of my uncle and aunt.

### Incident 3

I and my aunt went to market on June 14, 2024 (BS 2081/02/32) for some shopping. Suddenly, some unidentified persons blocked our way. They were wearing t-shirts with YCL printed on them. As soon as they saw me, they started beating me. They said I did not agree to their demands and fled from their party. Since it was marketplace, many people gathered there. Thereafter, the Maoists threatened that they would kill me using weapon the next time and left.

I had minor injuries. I was very scared. The police were in collusion with the Maoists. The Maoist terror was widespread. Therefore, I was scared to go to police to file a complaint.

Thereafter, I felt that my life was not save in Chitwan too. So, I left Chitwan and fled to Kathmandu. I started living in Kirtipur in the rented house of a person from my village. The Maoists had even greater movement in Kathmandu. The Maoists had threatened to kill me. Therefore, I felt that my life was not safe in any place in Nepal and decided to flee Nepal.

I left Nepal on July 19, 2024 (BS 2081/04/04) and travelled through Dubai to reach Israel. From there, I travelled to Brazil through Portugal. From Brazil, I travelled through Peru, Ecuador, Colombia, Panama, Costa Rica, Nicaragua, Honduras, Guatemala and arrived in Mexico.

In Mexico, the mafia and police both looted me. The police looted one thousand dollar that I was carrying with me. they threatened to send me back from there if I did not pay and looted all the money I had with me. the mafia locked me for two days to bargain with me. They got money from the agent who had sent me, only then they let me go.

Thereafter, I filled CBP One Form but the mafia forced me through US border even before I got my appointment.

Even though I am currently in an US jail, but I am safe here. If I am forced to return to Nepal in the future then the Maoist cadres would certainly kill me. I want to survive here. I sincerely request the US government's court to grant me political asylum in the USA for the safety of my life.

The statement given above are true and correct to the best of my knowledge. If it is found to be false then I would face legal consequences. The statement that I submitted in Nepal was translated to English and then it was again read to me. I have understood the statement before I signed it.


Applicant

Pyarjung KC

**प्यारेजंग के सी(A- 249-139-019 ) को शरणको लागि I -589 आबेदनको समर्थनमा र निस्कासन रोक्नको लागी व्यक्तिगत बयान**

## राजनीतिक शरण माग्नुको कारण

**म प्यारेजंग के सी,सत्य निष्ठापूर्वक शपथ लिएर तपसिलको मेरो बयान प्रस्तुत गर्दछु।**

म प्यारेजंग के सी एक नेपाली नागरिक हुँ। नेपालमा रहँदा म र मेरो परिवारले नेपाली कांग्रेस पार्टीमा आबद्ध भई राजनीतिक रुपमा नेपाली कांग्रेस पार्टीलाई सहयोग र समर्थन गरेको कारण मलाई नेपाल कम्युनिस्ट पार्टी माओवादीका कार्यकर्ताहरुले हत्या गर्ने उद्देश्यले आक्रमण गरेका थिएनेपाल कम्युनिस्ट पार्टी माओवादी द्वारा भएका द्वन्द र तिनिहरूका विचारहरूमा पनि विमति राखेका कारण मलाई नेपाल कम्युनिस्ट पार्टी माओवादीका कार्यकर्ताहरुले ज्यान मार्ने धम्की दिएका कारण म आफ्नो ज्यानको सुरक्षाको निम्ति बाध्य भएर नेपाल छाडेर भाग्नु परेको हो। हाल म नेपाल छाडेर भागी मानव अधिकार भएको यस देश अमेरिकामा आइपुगेको छु। म यदि यहाँबाट नेपाल फर्किएमा मलाई नेपाल कम्युनिस्ट पार्टी माओवादीका कार्यकर्ताहरुले मेरो हत्या गर्ने निश्चित छ। त्यसैले म अमेरिकी सरकारसँग यस निवेदन मार्फत राजनीतिक शरण माग्दछु।

## परिचय

| | |
|---|---|
| नाम: | प्यारेजंग के सी |
| जन्म मिति: | फागुन १ २०५५ |
| जन्म स्थान: | परिवर्तन ४, रोल्पा नेपाल |
| बुवाको नाम: | नरसिंह खत्री |
| आमाको नाम: | पार्वती खत्री |

## नेपाली कांग्रेस पार्टीको सदस्यता

हाम्रो गाउमा नेपाली कांग्रेस पार्टीको नयाँ सदस्यता वितरणको समारोहमा सहभागी भएर मैले २०७५ चैत १ गते नेपाली कांग्रेस पार्टीको सदस्यता लिएको थिए।

मेरो परिवारले पहिलादेखि नै नेपाली कांग्रेस पार्टीको समर्थन र सहयोग गर्दै आएको छ। मेरो बुवा पनि नेपाली कांग्रेस पार्टीको साधारण सदस्य हुनुहुन्छ। नेपाली कांग्रेस पार्टी एक प्रजातान्त्रिक पार्टी हो। नेपाली कांग्रेस पार्टीले गाउँमा धैरै विकासका कार्यहरु गरेका छा।म नेपाली कांग्रेस पार्टीको सदस्य भएपछि मैले गाउँमा नेपाली कांग्रेस पार्टीले गर्ने प्रतेक कार्यक्रमको योजनाहरू बनाउने, गाउँका युबाहरुलाई नेपाली कांग्रेस पार्टीमा प्रवेश गराउनको लागि मद्दत गर्ने ,नेपाली

Uploaded on: 08/08/2025 at 06:32:23 PM (Central Daylight Time) | Base City: OAK

कांग्रेस पार्टीले गरेको कार्यक्रमहरूमा कुर्चीहरू मिलाउने,कार्यक्रममा आएका कार्यकर्ताहरूलाई चियापानीको व्यवस्था गर्ने काम गर्दथे। मैले नेपाली कांग्रेस पार्टीमा लागेर राम्रो कामहरू गरेको र नेपाल कम्युनिस्ट पार्टी माओवादीको विरोध गरेको हुनाले उनीहरुले मलाई नेपाल कम्युनिस्ट पार्टी माओवादीको सदस्यता हुनु भनेर भनेका थिए।मैले माओबादी पार्टीको कुरा नमानेको भनेर नेपाल कम्युनिस्ट पार्टीका कार्यकर्ताहरुले मलाई हत्या गर्ने धम्की दिएका थिए।

### घटना नम्बर १

२०८० फागुन २४ गते म नेपाली कांग्रेस पार्टीले आयोजना गरेको कार्यक्रममा भाग लिएर फर्कंदै गर्दा वाइसीएल लेखेको गन्जी लगाएका ४ जना लट्ठी र चक्कु बोकेर आएका माओबादीको कार्यकर्ताहरुले मेरो बाटो छेकेर मलाई समाते। अनि उनीहरुले माओवादी पार्टीमा किन आइनस् भनेर मलाई गाली गर्दै कुट्न सुरु गरे। लगभग लाठी मुक्का र लात्तीले ४ मिनेट जतिको कुटाइ पछि म बेहोस भएछु। तेस पछि उनीहरुले मलाई मर्यो। भनेर त्यही ठाउमा रगताम्य बेहोस अबस्थामा छाडेर गएका गएछन।

### अस्पतालमा उपचार

पछि त्यही बाटो गरेर फर्किएका मान्छेहरूले मलाई बाटोमा रगताम्य बेहोस अबस्थामा देखेर तुरुन्त एम्बुलेन्स बोलाएर अस्पताल पुर्याएछन।मलाई होश आउँदा खेरि म अस्पतालको बेडमा थिए। मेरो टाउकोमा काटेको थियो। हात खुट्टा सुन्निएको थियो। शरीर भरि घाउ नै घाउ थियो। शरीर पुरै सुन्निएको थियो। म उक्त अस्पतालमा ३ दिनसम्म बसेर उपचार गरेपछि घर फर्किए।

### प्रहरीमा उजुरी

२०८० फागुन २९ गते म र मेरो बुवा प्रहरीमा उजुरी गर्न गएका थियौँ।तर त्यहाको प्रहरीले हामी माओबादी पार्टीको बिरुद्ध उजुरी लिन सक्दैनौ भनेर फिर्ता पठाई दियो।

### घटना नम्बर २

२०८० चैत १९ गते म कोठामा बसिरहेको थिए। एक्कासि मेरो फोनमा फोन बज्यो। मैले फोन उठाए मलाई फोनमा उताबाट तेरो फुपु बिरामी हुनुहुन्छ। तुरुन्त आउनु भन्नुभयो। म हत्तपत्त घरबाट निक्लेर फुपुलाई भेट्न भनेर गएको थिए। बीच बाटोमा मलाई ५ जना माओबादीको कार्यकर्ता हरुले बाटो छेकेर समाती आक्रमण गर्न थाले। माओवादीले मलाई तलाई हामीले पहिला पनि आक्रमण गरेर मारिस भनेर छाडेर गएका थियौँ तर त बाँचेछस् तलाई जसरी पनि हामीले मार्नुपर्छ।भनेर मलाई उनीहरुले लात्ती र मुक्काले फेरि आक्रमण गर्न थाले।उनीहरुले पटकपटक तलाई भन्दा पनि तैले हामीले भनेको मानिनस त अझै पनि नेपाली कांग्रेस पार्टीको सपोर्ट गर्ने अनि हाम्रो माओबादी पार्टीको विरोध गर्दै हिँड्ने भन्दै उनीहरुले मलाई कुट्न थाले।लगभग ४ मिनेट पनि कुटेपछि म बेहोस रहेछु। मलाई रगतामै अवस्थामा बेहोस पारेर छाडेर गएछन्।

### अस्पतालमा उपचार

EOIR – 10 of 102

Exh. 4 – Adm.

मलाइ अस्पतालमा बेडमा पुगेसी मात्रै मेरो होस आएको थियो।मेरो शरीर भरि घाउ थियो , मेरो टाउकोमा काटेको थियो,ढाडमा काटेको थियो, कानमा काटेको थियो , मेरो संवेदनशल अङ्गमा चोट लागेको थियो। उक्त अस्पतालमा ७ दिनसम्म बसेर मेरो उपचार भएको थियो। अनि अलि ठिक भयो।अनि म डाक्टर को सल्लाह अनुसार डिस्चार्ज भए।

उक्त अस्पतालबाट डिस्चार्ज भएपछि म घर गएको।मलाई प्रहरीमा उजुरी गर्न जान पनि डर लाग्यो। किनकि म प्रहरीमा गएको पनि माओवादीले थाहा पाइसकेको थियो। प्रहरी र माओवादी मिलेको जस्तो लागेर म प्रहरीमा गइन। त्यहाँबाट सिधै म भागेर चितवन गएको।तेस पछि म चितवनमा मेरो काका काकीको घरमा बस्न थाले।

### घटना नम्बर ३

२०८१ जेठ ३२ गते म र मेरो काकी बजारमा केही सामान किन्नको लागि जाँदै थियौँ एक्कासी अनजान केही मान्छेहरुले हाम्रो बाटो छेके। उनीहरुले YCL लेखेको गन्जी लगाएका थिए।मलाई देख्ने बित्तिकै उनीहरुले मलाई समातेर कुट्न थाले। त्यसपछि उनीहरुले मलाई त हामीले भनेको मानिनस अनि हाम्रो पार्टीबाट भागेर हिँडिरहेको छस भनेर भने।अनि त्यहाँ बजार क्षेत्र भएर धेरै मान्छेहरू जम्मा हुन थाले पछि उनीहरू त्यहाँबाट मलाई अर्को पटक हतियार लेराएर मारिदिने भनेर गए।

म सामान्य घाइते भएको थिए। मलाई यक्दम डर लाग्न थाल्यो। माओबादी संग प्रहरी मिलेको थियो। जता तते माओबादीको बिग बिगी थियो। त्यसकारण म प्रहरीमा रिपोर्ट गर्न जान पनि डर लाग्यो।

त्यसपछि मलाई चितवनकोमा पनि मेरो ज्यानको सुरक्षा नदेखेर चितवन छोडेर काठमाडौँ भागे। म काठमाडौँको कीर्तिपुरमा गएर एकजना गाउँको दाईको कोठामा बस्न थाले। काठमाडौँ मा झन् माओबादीको धेरै चलखेल थियो। मलाई माओबादीले हत्या गर्ने धम्कि दिएको थियो। सोहि कारण म नेपालमा मेरो ज्यानको कहीँ पनि सुरक्षा नदेखेर नेपाल छाडेर भाग्ने निर्णय गरे।

२०८१ साउन ४ गते म नेपाल छाडेर दुवइ हुँदै इजरायल पुगे।अनि त्यहाँबाट पोर्चुगल हुँदै म ब्राजिल आइपुगेँ। ब्राजिलबाट पेरु ,इक्वेडर ,कोलम्बिया ,पानामा ,कोस्टारिका ,निकारोगुवा ,होण्डुरस र ग्वाटेमाला हुँदै म्याक्सिको आइ पुगे।

मलाई म्याक्सिकोमा त्यहाँका माफिया र पुलिसहरुले लुटे। म सँग भएको एक हजार डलर त्यहाँको पुलिसले मबाट लुट्र्यो। यदि पैसा दिएनस् भने तलाई हामी यहाँबाट फिर्ता गरिदिन्छौ। भन्दै धम्काउदै म संग भएको सबै पैसा लुटे।

त्याहाको माफियाहरुले मलाइ दुई दिनसम्म थुनेर बार्गेनिङ गर्यो। अनि मलाई लेराउने दलाल लाइ फोन गरेर पैसा पाए पछि मात्र मलाई छोडे।

त्यसपछि मैले सीबीपी वानको एपमा फर्म चाहिँ भरेको थिएँ तर मेरो अपइमेन्ट आउनुभन्दा अगाडि नै मलाई माफियाहरुले त्यहाँबाट अमेरिका छिरायो।

EOIR – 11 of 102

हाल म अमेरिकाको जेलभित्र भएपनि सुरक्षित बसिराखेको छु। यदि भविष्यमा म नेपाल फर्किन परेमा मलाई माओवादीका कार्यकर्ताहरूले हत्या गर्ने निश्चित छ। त्यही भएर म बाँच्न चाहन्छु। मलाई अमेरिकामा राजनीतिक शरण दिएर मेरो जीवन बचाइदिनु हुन म अमेरिकन सरकारको अदालत समक्ष विनम्र अनुरोध गर्दछु।

माथिको बयान मेरो जानकारी अनुसार सबै ठिक र साचो हो। झुठा ठहरे कानुन बमोजिम सहुला बुझाउला। मैले दिएको नेपाली बयान अंग्रेजी अनुबाद गरेपछि पुन नेपालीमा पढेर सुनाईएको हो। दरखास्त गर्नु भन्दा अगाडी पढी बुझी सहिछाप गरे।

निवेदक

प्यारेजंग के सी