DETAINED

**Chhetry& Associates, P.C.**
494 8th Avenue, 9ᵗʰ Floor
New York, NY 10001
Tel: (212) 947-1079
Fax: (212) 947-1081
*Attorney for the Respondent*

## UNITED STATES DEPARTMENT OF JUSTICE
## EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
## THE IMMIGRATION COURT
## 1900 E. WHATLEY RD. POBOX 750
## OAKDALE, LA 71463

_____X

In the Matter of                                    File Number: 249-139-019

**PYARJANG KC**

**IN BOND PROCEEDINGS**

_____X

**Immigration Judge: TBA**                          **Next Hearing: TBD**

## SUPPORTING DOCUMENTS FOR PRE-NTA BOND REDETERMINATION REQUEST HEARING

**PYARJANG KC**
**A 249-139-019**

## PROOF OF SERVICE

On April 1, 2026, I, Khagendra Gharti Chhetry Esq., caused to be served a copy of this **SUPPORTING DOCUMENTS FOR PRE-NTA BOND REDETERMINATION REQUEST HEARING** and any attached pages to US-DHS/ICE, Chief Counsel, by submitting in EOIR ECAS and for which:

- No Service is needed because the opposing counsel(s) participates in ECAS.

_____
Signature

2.

## TABLE OF CONTENTS

| TAB /EXHIBITS | ORIGINAL (O)/COPY(C) | PAGES |
|---|---|---|
| 1. Cover Page | O | 1 |
| 2. Proof of Service | O | 2 |
| 3. Table of Contents | O | 3 |
| Exhibit A: Decision of Immigration Judge Dated August 15, 2025 | C | 4-8 |
| Exhibit B: Respondent's Citizenship and Birth Certificate | C | 9-14 |
| Exhibit C: Affidavit, identity document & Supporting documents of sponsor | C | 15-20 |

3

# EXHIBIT- A



### UNITED STATES DEPARTMENT OF JUSTICE
### EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
### OAKDALE IMMIGRATION COURT

Respondent Name:

KC, PYARJANG

To:

PHULARA, BASHU DEV
1501 BROADWAY SUITE 1810
NEW YORK, NY 10036

A-Number:
249-139-019
Riders:
In Removal Proceedings
Initiated by the Department of Homeland Security
Date:
08/15/2025

## ORDER OF THE IMMIGRATION JUDGE

☑ This is a summary of the oral decision entered on 08/15/2025. The oral decision in this case is the official opinion, and the immigration court issued this summary for the convenience of the parties.

☑ Both parties waived the issuance of a formal oral decision in this proceeding.

### I. Removability

The immigration court found Respondent ☐ removable ☑ inadmissible under the following Section(s) of the Immigration and Nationality Act (INA or Act): 212(a)(6)(A)(i); 212(a)(7)(A)(i)(I)

The immigration court found Respondent ☐ not removable ☐ not inadmissible under the following Section(s) of the Act:

### II. Applications for Relief

Respondent's application for:

A. Asylum/Withholding/Convention Against Torture
- ☑ Asylum was ☐ granted ☑ denied ☐ withdrawn with prejudice ☐ withdrawn without prejudice
- ☑ Withholding of Removal under INA § 241(b)(3) was ☑ granted ☐ denied ☐ withdrawn with prejudice ☐ withdrawn without prejudice
- ☐ Withholding of Removal under the Convention Against Torture was ☐ granted ☐ denied ☐ withdrawn with prejudice ☐ withdrawn without prejudice
- ☐ Deferral of Removal under the Convention Against Torture was ☐ granted ☐ denied ☐ withdrawn with prejudice ☐ withdrawn without prejudice
- ☐ Respondent knowingly filed a frivolous application for asylum after notice of the consequences. *See* INA § 208(d)(6); 8 C.F.R. §1208.20

B. Cancellation of Removal

☐ .Cancellation of Removal for Lawful Permanent Residents under <u>INA § 240A(a)</u> was ☐
granted ☐ denied ☐ withdrawn with prejudice ☐ withdrawn without prejudice

☐ Cancellation of Removal for Nonpermanent Residents under <u>INA § 240A(b)(1)</u> was ☐
granted ☐ denied ☐ withdrawn with prejudice ☐ withdrawn without prejudice

☐ Special Rule Cancellation of Removal under <u>INA § 240A(b)(2)</u> was ☐ granted ☐ denied
☐ withdrawn with prejudice ☐ withdrawn without prejudice

**C. Waiver**

☐ A waiver under INA § was ☐ granted ☐ denied ☐ withdrawn with prejudice ☐
withdrawn without prejudice

**D. Adjustment of Status**

☐ Adjustment of Status under INA § was ☐ granted ☐ denied ☐ withdrawn with prejudice
☐ withdrawn without prejudice

**E. Other**

Convention Against Torture claim not reached in light of INA 241(b)(3) withholding of
removal grant

**III.    Voluntary Departure**

☐ Respondent's application for ☐ pre-conclusion voluntary departure under INA § 240B(a)
☐ post-conclusion voluntary departure under INA § 240B(b) was ☐ denied.

☐ Respondent's application for ☐ pre-conclusion voluntary departure under INA § 240B(a)
☐ post-conclusion voluntary departure under INA § 240B(b) was ☐ granted, and
Respondent is ordered to depart by                . The respondent must post a $ bond with
DHS within five business days of this order. Failure to post the bond as required or to depart
by the required date will result in an alternate order of removal to taking effect immediately.

☐ The respondent is subject to the following conditions to ensure his or her timely departure
from the United States:

☐ Further information regarding voluntary departure has been added to the record.

☐ Respondent was advised of the limitation on discretionary relief, the consequences for
failure to depart as ordered, the bond posting requirements, and the consequences of
filing a post-order motion to reopen or reconsider:

If Respondent fails to voluntarily depart within the time specified or any extensions granted
by the DHS, Respondent shall be subject to a civil monetary penalty as provided by
relevant statute, regulation, and policy. *See* INA § 240B(d)(1). The immigration court has set
☐    the presumptive civil monetary penalty amount of $3,000.00 USD
☐    $ USD instead of the presumptive amount.
If Respondent fails to voluntarily depart within the time specified, the alternate order of
removal shall automatically take effect, and Respondent shall be ineligible, for a period of
10 years, for voluntary departure or for relief under sections 240A, 245, 248, and 249 of
the Act, to include cancellation of removal, adjustment of status, registry, or change of

6

nonimmigrant status. *Id.* If Respondent files a motion to reopen or reconsider prior to the expiration of the voluntary departure period set forth above, the grant of voluntary departure is automatically terminated; the period allowed for voluntary departure is not stayed, tolled, or extended. If the grant of voluntary departure is automatically terminated upon the filing of such a motion, the penalties for failure to depart under section 240B(d) of the Act shall not apply.

If Respondent appeals this decision, Respondent must provide to the Board of Immigration Appeals (Board), within 30 days of filing an appeal, sufficient proof of having posted the voluntary departure bond. The Board will not reinstate the voluntary departure period in its final order if Respondent does not submit timely proof to the Board that the voluntary departure bond has been posted.

In the case of conversion to a removal order where the alternate order of removal immediately takes effect, where Respondent willfully fails or refuses to depart from the United States pursuant to the order of removal, to make timely application in good faith for travel or other documents necessary to depart the United States, to present himself or herself at the time and place required for removal by the DHS, or conspires to or takes any action designed to prevent or hamper Respondent's departure pursuant to the order of removal, Respondent may be subject to a civil monetary penalty for each day Respondent is in violation. If Respondent is removable pursuant to INA § 237(a), then he or she shall be further fined or imprisoned for up to 10 years.

### IV.    Removal

☑    Respondent was ordered removed to Nepal (ordered withheld pursuant to 241(b)(3) grant above)

☐    In the alternative, Respondent was ordered removed to

☐    Respondent was advised of the penalties for failure to depart pursuant to the removal order:

> If Respondent is subject to a final order of removal and willfully fails or refuses to depart from the United States pursuant to the order, to make timely application in good faith for travel or other documents necessary to depart the United States, to present himself or herself at the time and place required for removal by the DHS, or conspires to or takes any action designed to prevent or hamper Respondent's departure pursuant to the order of removal, Respondent may be subject to a civil monetary penalty for each day Respondent is in violation. If Respondent is removable pursuant to INA § 237(a), then he or she shall be further fined or imprisoned for up to 10 years.

### V.    Other

☐ Proceedings were    ☐ dismissed    ☐ terminated with prejudice    ☐ terminated without prejudice    ☐ administratively closed.

☐ Respondent's status was rescinded under INA § 246.

☐ Other:

Immigration Judge: JULIUS, DEREK 08/15/2025

Appeal:    Department of Homeland Security:  ☑ waived    ☐ reserved
           Respondent:                       ☑ waived    ☐ reserved

Appeal Due:

## Certificate of Service

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : KC, PYARJANG | A-Number : 249-139-019

Riders:

Date: 08/15/2025 By: HERRERA, DANNY, Court Staff

# EXHIBIT- B

EOIR 9 of 20

Uploaded on 04/01/2026 at 12:04:23 PM (Central Daylight Time) Barrow City, AK
Case 3:26-cv-01223   Document 1-6   Filed 04/17/26   Page 10 of 20 PageID #: 61
3/30/26, 4:02 PM

अनुसूची-१०
(नियम २० को उपनियम (१) को खण्ड (क) सँग सम्बन्धित)
नेपाल सरकार ( Government of Nepal )
स्थानीय पञ्जीकाधिकारीको कार्यालय ( Office of Local Registrar )
वडा नं .४, परिवर्तन गाउँपालिका
रोल्पा जिल्ला , लुम्बिनी प्रदेश
**Ward No.4, Paribartan Rural Municipality**
**Rolpa District, Lumbini Province**

## जन्म दर्ता प्रमाणपत्र
## (Birth Registration Certificate)

प्रतिलिपि नं.: १(Copy No.: 1)

दर्ता नम्बर (Registration No.): २०५५११२१०४२१३ (2055112104213)

दर्ता मिति (Registration Date): २०७०-०१-०८ B.S. (21-04-2013 A.D.)

राष्ट्रिय परिचय नम्बर (NIN): ()

| पूरा नाम : प्याजुङ के०सी० | |
|---|---|
| **Full Name : Pyarjung K.C.** | |
| जन्म मिति (Date of Birth): वि.सं. २०५५-११-२१ B.S./ 05-03-1999 (A.D.) | |
| लिङ्ग/(Sex): पुरुष / MALE | |
| स्थायी ठेगाना: परिवर्तन गाउँपालिका-वडा नं. ४, रोल्पा जिल्ला, लुम्बिनी प्रदेश | |
| **Permanent Address:** Paribartan Rural Municipality-Ward No.4, Rolpa District, Lumbini Province | |
| जन्म स्थान/**Birth Place:** परिवर्तन गाउँपालिका-वडा नं. ४, रोल्पा जिल्ला, लुम्बिनी प्रदेश /Paribartan Rural Municipality-Ward No.4, Rolpa District, Lumbini Province | |
| बाबुको विवरण (Father's Details) | पूरा नाम: नर सिं छत्री |
| | **Full Name:** Nar Sing Khatri |
| | राष्ट्रिय परिचय नं. वा नागरिकता प्रमाणपत्र नं. वा राहदानी नं./ NIN or Citizenship Certificate No. or Passport No.: ११०४ / 1904 |
| आमाको विवरण (Mother's Details) | पूरा नाम: पार्वती छत्री |
| | **Full Name:** Parbati Khatri |
| | राष्ट्रिय परिचय नं. वा नागरिकता प्रमाणपत्र नं. वा राहदानी नं. / NIN or Citizenship Certificate No. or Passport No.: ५४/55 |
| सूचकको विवरण (Informant Details) | पूरा नाम: नर सिं छत्री |
| | **Full Name:** Nar Sing Khatri |
| | राष्ट्रिय परिचय नं. वा नागरिकता प्रमाणपत्र नं. वा राहदानी नं. (NIN or Citizenship Certificate No. or Passport No.: ११०४ / 1904 |

दस्तखत (Signature):

प्रतिलिपि प्रमाणित गर्ने स्थानीय पञ्जिकाधिकारीको नाम:
**Local Registrar to Certify Copy:**                    Magar

पुरानो दर्ता नं. (Old Reg No.):

प्रतिलिपि जारी मिति (Copy Issue Date):                    05-2023)

Official Stam

1/1

1st copy

Coat of arms

**GOVERNMENT OF NEPAL**                          office seal
**Ministry of Home Affairs**
**DISTRICT ADMINISTRATION OFFICE, ROLPA**
Nepali Citizenship Certificate

Citizenship Certificate no.:54-01-72-01312

Photo

**Name and Caste:** Pyarjung K.C.   Sex: M.
**Place of Birth:** District: Rolpa
VDC: Pachhabang          Ward No.: 01
**Permanent Address:**        **District: Rolpa**
   **Rural Municipality: Paribartan**      Ward No. 04
**Date of Birth:** Year: 2055/11/21
**Father's Name, Surname: Narsingh Khatri   Cit.No:1904**
**Address: Pachhabang VDC-01, Rolpa Cit.type: Ancestry**
**Mother's Name, Surname:** xx
**Address:** xx                Cit.type: xx
**Husband /wife's Name and Surname:** xx
**Address:** xx         **Cit. Type: xx**
Government of Nepal has issued this citizenship certificate with following Details:
Citizenship Certificate :54-01-72-01312
**Full Name: PYARJUNG K.C.        Sex.: MALE**
**Date of Borth (A.D): Year:1999 Month: MAR   Day:05**
**Birthplace: District: Rolpa**
**VDC: Pachhabang                Ward No.: 01**
**Permanent Address:        District: Rolpa**
**R.M.: Paribartan        Ward No.: 04**
In accordance with Citizenship Act 2063this Citizenship Certificate is Granted.
Type of Citizenship: Ancestry
Signature of Citizenship holder:   SD
Thumb                    Date:2080-02-26(June 09,2023 A.D)
 RIGHT      LEFT        Copy Issuing Officer's
                    Name: Lekhnath Khatiwada
                    Position: Adm.Officer's
                    Signature:S/D
                    Certificate Issuing Officer's

Thumb Print            Signature: S/D
                    Name, Surname: Yam Bahadur Budha Magar
                    position: Officer's
                    IssuedDate:2072-03-27 (July 12,2015A.D.)
If anybody finds this citizenship certificate, hand over the nearest district administrative Office or police Office

Uploaded on Case 1:26-cv-10123 Document 1-1 Filed 03/30/26 Page 12 of 20 PageID #: 63
3/30/26, 4:02 PM

प्रथम प्रतिलिपि

# नेपाल सरकार
## गृह मन्त्रालय
### जिल्ला प्रशासन कार्यालय ............. रोल्पा
#### नेपाली नागरिकताको प्रमाणपत्र

ना.प्र.नं.: ५४-०१-७२-०१३१२

| | | |
|---|---|---|
| नाम थर: | प्यारजङ के.सी. | लिङ्ग : पुरुष |
| जन्म स्थान: | जिल्ला : रोल्पा | |
| | गा.वि. स. : पाछाबाड | वडा नं. : १ |
| स्थायी बासस्थान: | जिल्ला : रोल्पा | |
| | गा.पा. : परिवर्तन | वडा नं. : ४ |
| जन्म मिति: | साल: २०५५ महिना: ११ गते: ३१ | |
| बाबुको नाम थर : | नरसिं खत्री | ना.प्र.नं.: १९०४ |
| ठेगाना : | पाछाबाड गा.वि. स.-१, रोल्पा | ना. कि.: वंशज |
| आमाको नाम थर : | XXX | ना.प्र.नं.: |
| ठेगाना : | | ना. कि.: |
| पति/पत्नीको नामथर : | XXX | ना.प्र.नं.: |
| ठेगाना : | | ना. कि.: |

https://mail.google.com/mail/u/0/#spam/FMfcgzQgLFgmkZRjKwtnGdVKcDDNSwhW?projector=1&messagePartId=0.1

Government of Nepal has issued this Citizenship Certificate with following details.

Citizenship Certificate No.: 54-01-72-01312     Sex: Male

Full Name.: PYARJUNG K.C.

Date of Birth (AD):   Year: 1999   Month: MAR   Day: 05

Birth Place:   District: Rolpa

VDC : Pachhabang     Ward No.: 1

Permanent Address:   District: Rolpa

R. M. : Paribartan     Ward No.: 4

नेपाल नागरिकता ऐन २०६३ बमोजिम यो नागरिकताको प्रमाणपत्र दिइएको छ ।

नागरिकता किसिम: वंशज

प्रमाण पत्र बाहकको दस्तखत :

(दायाँ) औँठाको छाप (बायाँ)

मिति :२०८०-०२-२६

प्रतिलिपि दिने अधिकारीको

नाम :लेखनाथ खतिवडा

दर्जा :प्रशासकीय अधिकृत

दस्तखत :

प्रमाण पत्र जारी गर्ने अधिकारीको

दस्तखत :

नाम थर :यामबहादुर बुढामगर

दर्जा :सहायक प्रमुख जिल्ला अधिकारी

जारी मिति : २०७२-०३-२७

यो प्रमाणपत्र कसैले पाउनुभएमा नजिकको जिल्ला प्रशासन कार्यालयमा वा प्रहरी कार्यालयमा बुझाइदिनुहोला ।

## Certificate of Translation

STATE OF NEW YORK))

                               )) SS

COUNTY OF NEW YORK))


I Dhanjaya Baral, being duly sworn deposes and says:

I hereby certify that I am competent in Nepali and English, both languages and I have translated the following documents from Nepali into English as presented to me for translation. This is a complete translation to the best of my knowledge and ability.

..............................................

494 Eighth Avenue, 9th Floor
New York, NY 10001
March 27, 2026


List of documents:

    A.  Citizenship Certificate of Mr. Pyarjung KC

EOIR 14 of 20

14

# EXHIBIT - C

15

**JACKSON PARISH CORRECTIONAL CENTER**

**327 INDUSTRIAL DRIVE**

**JONESBORO, LA 71251**

------------------------------------------------

In the Matter of
PYARJUNG KC, **249-139-019**

------------------------------------------------

## Affidavit of Sponsorship

I, Yubaraj KC, being duly sworn, depose and say that:

1. I am a citizen of the United States of America (USA). I live at 865 Broadway Ave. Apt. 44B Holbrook, NY 11741. My phone number is 929-204-5578.

2. I submit this affidavit in support of my sponsorship for Mr. Pyarjung KC, who is my biological brother. Mr. KC is a citizen of Nepal and is presently being detained at Jackson Parish Correctional Center 327 Industrial Drive Jonesboro, LA 71251.

3. I will provide food and accommodation to Mr. KC. Please find attached a copy of my Passport card, NY driver license, Proof of address and a copy of tax returns.

4. I will also take responsibility for Mr. Pyarjung KC and will assist him in appearing in court and other immigration or DHS interviews as requested in his case.

5. Therefore, I respectfully request that Mr. Pyarjung KC be released on bond or alternatively under supervision.

The above statement is true and correct.

Yubaraj KC

Subscribed to and sworn to before me

On 30th day of March 2026

16





17





# Form 1040

**Department of the Treasury—Internal Revenue Service**

## U.S. Individual Income Tax Return   2025

OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2025, or other tax year beginning _____ , 2025, ending _____ , 20 _____ See separate instructions.

☐ Filed pursuant to section 301.9100-2 ☐ Combat zone | ☐ Deceased | Spouse
☐ Other

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| YUBARAJ | KC | ▓▓▓▓▓▓▓ |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
| | | |

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. **44B** | Check here if your main home, and your spouse's if filing a joint return, was in the U.S. for more than half of 2025. ☒

865 BROADWAY AVE

City, town, or post office. If you have a foreign address, also complete spaces below. **Holbrook** | State **NY** | ZIP code **11741**

**Presidential Election Campaign** Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

Foreign country name _____ Foreign province/state/county _____ Foreign postal code _____

## Filing Status

Check only one box.

☒ Single
☐ Married filing jointly (even if only one had income)
☐ Married filing separately (MFS). Enter spouse's SSN above and full name here: _____
☐ Head of household (HOH)
☐ Qualifying surviving spouse (QSS)

If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent: _____

☐ If treating a nonresident alien or dual-status alien spouse as a U.S. resident for the entire tax year, check the box and enter their name (see instructions and attach statement if required): _____

## Digital Assets

At any time during 2025, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.) · · · ☐ Yes ☒ No

## Dependents

(see instructions)

If more than four dependents, see instructions and check here · · · ☐

| | Dependent 1 | Dependent 2 | Dependent 3 | Dependent 4 |
|---|---|---|---|---|
| (1) First name | | | | |
| (2) Last name | | | | |
| (3) SSN | | | | |
| (4) Relationship | | | | |
| (5) Check if lived with you more than half of 2025 | (a) ☐ Yes (b) ☐ And in the U.S. | (a) ☐ Yes (b) ☐ And in the U.S. | (a) ☐ Yes (b) ☐ And in the U.S. | (a) ☐ Yes (b) ☐ And in the U.S. |
| (6) Check if | ☐ Full-time student ☐ Permanently and totally disabled | ☐ Full-time student ☐ Permanently and totally disabled | ☐ Full-time student ☐ Permanently and totally disabled | ☐ Full-time student ☐ Permanently and totally disabled |
| (7) Credits | ☐ Child tax credit ☐ Credit for other dependents | ☐ Child tax credit ☐ Credit for other dependents | ☐ Child tax credit ☐ Credit for other dependents | ☐ Child tax credit ☐ Credit for other dependents |

☐ Check if your filing status is MFS or HOH and you lived apart from your spouse for the last 6 months of 2025, or you are legally separated according to your state law under a written separation agreement or a decree of separate maintenance and you did not live in the same household as your spouse at the end of 2025.

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a Form W-2, see instructions.

| | | | |
|---|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) · · · · · · · · · | 1a | 35,804 |
| b | Household employee wages not reported on Form(s) W-2 · · · · · · · · | 1b | |
| c | Tip income not reported on line 1a (see instructions) · · · · · · · | 1c | |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) · · · · · | 1d | |
| e | Taxable dependent care benefits from Form 2441, line 26 · · · · · · · | 1e | |
| f | Employer-provided adoption benefits from Form 8839, line 31 · · · · · · | 1f | |
| g | Wages from Form 8919, line 6 · · · · · · · · · · · · · · · | 1g | |
| h | Other earned income (see instructions). Enter type and amount: _____ | 1h | |
| i | Nontaxable combat pay election (see instructions) · · · · · · · 1i _____ | | |
| z | Add lines 1a through 1h · · · · · · · · · · · · · · | 1z | 35,804 |

Attach Sch. B if required.

| | | | | | |
|---|---|---|---|---|---|
| 2a | Tax-exempt interest · · · · 2a _____ | b | Taxable interest · · · · · · · · | 2b | |
| 3a | Qualified dividends · · · · · 3a _____ | b | Ordinary dividends · · · · · · · · | 3b | |
| c | Check if your child's dividends are included in 1 ☐ Line 3a | 2 ☐ Line 3b | | | |
| 4a | IRA distributions · · · · · · 4a _____ | b | Taxable amount · · · · · · · · | 4b | |
| c | Check if (see instructions) 1 ☐ Rollover | 2 ☐ QCD 3 ☐ _____ | | | |
| 5a | Pensions and annuities · · · 5a _____ | b | Taxable amount · · · · · · · · | 5b | |
| c | Check if (see instructions) 1 ☐ Rollover | 2 ☐ PSO 3 ☐ _____ | | | |
| 6a | Social security benefits · · · 6a _____ | b | Taxable amount · · · · · · · · | 6b | |
| c | If you elect to use the lump-sum election method, check here (see instructions) · · · · · · · ☐ | | | | |
| d | If you are married filing separately and lived apart from your spouse the entire year (see inst.), check here · · ☐ | | | | |
| 7a | Capital gain or (loss). Attach Schedule D if required · · · · · · · · · · | 7a | |
| b | Check if: ☐ Schedule D not required ☐ Includes child's capital gain or (loss) _____ | | |
| 8 | Additional income from Schedule 1, line 10 · · · · · · · · · · | 8 | |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7a, and 8. This is your **total income** · · · · · · · · · | 9 | 35,804 |
| 10 | Adjustments to income from Schedule 1, line 26 · · · · · · · · · · | 10 | |
| 11a | Subtract line 10 from line 9. This is your **adjusted gross income** · · · · · · · · · | 11a | 35,804 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.
EEA

Form **1040** (2025) Created 9/5/25

EOIR 19 of 20

Form 1040 (2025)   YUBARAJ  KC

| Tax and Credits | 11b | Amount from line 11a (adjusted gross income) | | 11b | 35,804 |
|---|---|---|---|---|---|
| | 12a | Someone can claim ☐ You as a dependent   ☐ Your spouse as a dependent | | | |
| | b | ☐ Spouse itemizes on a separate return   c ☐ You were a dual-status alien | | | |
| | d | You: ☐ Were born before January 2, 1961   ☐ Are blind   Spouse: ☐ Was born before January 2, 1961   ☐ Is blind | | | |
| Standard deduction for- | e | Standard deduction or itemized deductions (from Schedule A) | | 12e | 15,750 |
| • Single or Married filing separately, $15,750 | 13a | Qualified business income deduction from Form 8995 or Form 8995-A | | 13a | |
| | b | Additional deductions from Schedule 1-A, line 38 | | 13b | |
| • Married filing jointly or Qualifying surviving spouse, $31,500 | 14 | Add lines 12e, 13a, and 13b | | 14 | 15,750 |
| | 15 | Subtract line 14 from line 11b. If zero or less, enter -0-. This is your **taxable income** | | 15 | 20,054 |
| | 16 | Tax (see instructions). Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ ___ | | 16 | 2,171 |
| • Head of household, $23,625 | 17 | Amount from Schedule 2, line 3 | | 17 | |
| | 18 | Add lines 16 and 17 | | 18 | 2,171 |
| | 19 | Child tax credit or credit for other dependents from Schedule 8812 | | 19 | |
| • If you checked a box on line 12a, 12b, 12c, or 12d, see inst. | 20 | Amount from Schedule 3, line 8 | | 20 | |
| | 21 | Add lines 19 and 20 | | 21 | 0 |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- | | 22 | 2,171 |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | | 23 | |
| | 24 | Add lines 22 and 23. This is your **total tax** | | 24 | 2,171 |

| Payments and Refundable Credits | 25 | Federal income tax withheld from: | | | |
|---|---|---|---|---|---|
| | a | Form(s) W-2 | 25a 523 | | |
| | b | Form(s) 1099 | 25b | | |
| | c | Other forms (see instructions) | 25c | | |
| | d | Add lines 25a through 25c | | 25d | 523 |
| | 26 | 2025 estimated tax payments and amount applied from 2024 return | | 26 | |
| | | If you made estimated tax payments with your former spouse in 2025, enter their SSN (see instructions): _____ | | | |
| If you have a qualifying child, you may need to attach Sch. EIC. | 27a | Earned income credit (EIC) | 27a | | |
| | b | Clergy filing Schedule SE (see instructions) | | | |
| | c | If you do not want to claim the EIC, check here | | | |
| | 28 | Additional child tax credit (ACTC) from Schedule 8812. If you do not want to claim the ACTC, check here ☐ | 28 | | |
| | 29 | American opportunity credit from Form 8863, line 8 | 29 | | |
| | 30 | Refundable adoption credit from Form 8839, line 13 | 30 | | |
| | 31 | Amount from Schedule 3, line 15 | 31 | | |
| | 32 | Add lines 27a, 28, 29, 30, and 31. These are your **total other payments and refundable credits** | | 32 | 0 |
| | 33 | Add lines 25d, 26, and 32. These are your **total payments** | | 33 | 523 |
| Refund | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | | 34 | 0 |
| | 35a | Amount of line 34 you want **refunded to you**. If Form 8888 is attached, check here ☐ | | 35a | 0 |
| Direct deposit? See instructions. | b | Routing number ___   c Type: ☐ Checking ☐ Savings | | | |
| | d | Account number ___ | | | |
| | 36 | Amount of line 34 you want applied to your 2026 estimated tax | 36 | | |
| Amount You Owe | 37 | Subtract line 33 from line 24. This is the **amount you owe.** For details on how to pay, go to www.irs.gov/Payments or see instructions | | 37 | 1,714 |
| | 38 | Estimated tax penalty (see instructions) | 38 66 | | |

| Third Party Designee | Do you want to allow another person to discuss this return with the IRS? See instructions. | ☐ Yes. Complete below. | ☒ No |
|---|---|---|---|
| | Designee's name ___   Phone no. ___ | Personal identification number (PIN) ___ | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

Your signature 89203   Date 03-28-2026   Your occupation ___   If the IRS sent you an Identity Protection PIN, enter it here (see inst.)

Spouse's signature. If a joint return, **both must sign.**   Date ___   Spouse's occupation ___   If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.)

Phone no. 929-204-5578   Email address YUBRAJKC1990@GMAIL.COM

**Paid Preparer Use Only**

| Preparer's signature | | Date 03-28-2026 | PTIN P03368615 | Check if: ☒ Self-employed |
|---|---|---|---|---|
| Preparer's name Apil Sigdel | | | Phone no. 718-877-0262 | |
| Firm's name MAXX TAX | | | | |
| Firm's address 4006 68TH STREET Woodside, NY 11377 | | | Firm's EIN 86-3144273 | |

Go to www.irs.gov/Form1040 for instructions and the latest information.

Form **1040** (2025)

EEA

20