

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**OAKDALE IMMIGRATION COURT**

Respondent Name:

  PYARJANG, KC

To:

  Chhetry, Khagendra Gharti
  494 8th Avenue
  9th FL
  New York, NY 10001

A-Number:

249-139-019

Riders:

In Custody Redetermination Proceedings

Date:

04/07/2026

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☑ Denied, because
    Respondent is subject to a final order of removal. Therefore, this Court lacks jurisdiction. See 8 C.F.R. Sec. 1236.1(d)(1).

☐ Granted. It is ordered that Respondent be:
    ☐ released from custody on his own recognizance.
    ☐ released from custody under bond of $
    ☐ other:

☐ Other:

Immigration Judge: Jacob D. Bashore 04/07/2026

Appeal:     Department of Homeland Security: ☑ waived   ☐ reserved
            Respondent:                       ☐ waived   ☑ reserved
Appeal Due: 05/07/2026

**Certificate of Service**

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : PYARJANG, KC | A-Number : 249-139-019

Riders:

Date: 04/07/2026 By: Manley, Nicole, Court Staff