Official Website of the Department of Homeland Security

Report

Main Menu

< BACK TO RESULTS

## Facility Page

## Detention Information For:

**PYARJANG KC**
**Country of Birth:** Nepal
**A-Number:** 249139019

## Current Detention Facility:

JACKSON PARISH CORRECTIONAL CENTER
327 INDUSTRIAL DRIVE
JONESBORO, LA 71251
**Visitor Information:** (318) 259-8799

MORE INFORMATION >



## ERO Office Information

Family members and legal representatives may be able to obtain additional information about this individual's case by contacting this ERO office:

ERO - Winnfield, LA Sub-Office
**Phone Number:** (318) 628-3971

BACK TO SEARCH >

Related Information

Helpful Info

Status of a Case

About the Detainee Locator

Brochure

ICE ERO Field Offices

ICE Detention Facilities

Privacy Notice

External Links

Bureau of Prisons Inmate Locator



DHS.gov USA.gov OIG OpenFOIA Metrics No Site Site
Gov FearMap Policies
Act & Plug-Ins