# **CERTIFICATE OF SERVICE**

I, Allyson "Al" Page, certify that on April 17 2026, I served one set of **VERIFIED PETITION FOR WRIT OF HABEAS CORPUS** PURSUANT TO U.S.C. § 2241: **SUMMONSES IN A CIVIL ACTION AND CIVIL COVER SHEET** by electronically by ECF filing upon Attorney for Respondents and parties at the following addresses:

1.  Jackson Parish Correction Center

    327 Industrial Drive, Jonesboro, LA 7125

2.  New Orleans Field Office, U.S. Immigration and Customs Enforcement  181   James Drive West St. Rose, LA 70087

3.  US Immigration & Customs Enforcement

    500 12th St., SW, Washington, D.C. 20536

4.  U.S. Department of Homeland Security

    2707 Martin Luther King Jr Ave SE,

    Washington, DC 20528-0525

5.  U.S. Attorney's Office Western District of Louisiana 800 Lafayette Street, Suite 2200  Lafayette, LA 70501

6.  U.S. Attorney General

    950 Pennsylvania Avenue NW,

    Washington, DC 20530

/s/ Al Page
Allyson "Al" Page
Louisiana Bar No. 35949
Immigration Services and Legal Advocacy
3801 Canal St., STE 400
New Orleans, LA 70119
Phone: (504) 265-0416