**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **KC PYARJANG** | **CASE NO. 3:26-CV-01223 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **TIMOTHY DUCOTE ET AL** | **MAG. JUDGE HORNSBY** |

# ORDER

Having considered Petitioner's *Ex Parte* Motion to Grant Petition Forthwith or Issue Order to Show Cause and Temporary Restraining Order (R. Doc. 6),

**IT IS HEREBY ORDERED** that the Motion is **GRANTED IN PART** as follows: on or before September 11, 2026, Respondents shall file a response to the Petition for Writ of Habeas Corpus (R. Doc. 1).

**IT IS FURTHER ORDERED** that the Motion is **DENIED** in all other respects.

**IT IS FURTHER ORDERED** that the Clerk of Court serve this Order on the Federal Respondents through the email address designated by the United States Attorney.

THUS DONE in Chambers on this 28th day of August, 2026.

Jerry Edwards, Jr.

JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE